# Exhibit A

| | |
|---|---|
| DISTRICT COURT, COUNTY OF GRAND, COLORADO<br><br>Court Address:<br>307 Moffat Avenue<br>P.O. Box 192<br>Hot Sulphur Springs, Colorado 80451<br>Tele: (970) 725-3357<br><br>Plaintiff: DAVID ROZINEK, an individual<br><br>v.<br><br>Defendant: BRUNKE'S RENTALS, INC., d/b/a SPIRIT LAKE RENTALS, and JOHN DOE, an individual<br><br>Attorneys for Plaintiff:<br>Steven G. York, #19418<br>Dworkin, Chambers, Williams, York, Benson & Evans, P.C.<br>3900 East Mexico Avenue, Suite 1300<br>Denver, Colorado 80210-3953<br>Tele: 303-584-0990<br>Fax: 303-584-0995<br>syork@dnvrlaw.com<br><br>Martin J. Plank, #19928<br>Martin J. Plank, P.C.<br>3900 E. Mexico Avenue, Suite 1300<br>Denver, CO 80210<br>Tele: (303) 584-0990<br>Fax: (303) 584-0995<br>mplank@dnvrlaw.com | DATE FILED: May 23, 2019 4:28 PM<br>FILING ID: 94F395AEF5891<br>CASE NUMBER: 2019CV30038<br><br>▲ COURT USE ONLY ▲<br><br>Case No.:<br><br>Ctrm/Div.: |

**SUMMONS UPON BRUNKE'S RENTALS, INC., d/b/a SPIRIT LAKE RENTALS**

**The People of the State of Colorado:**

**To the Defendant:**   Brunke Rentals, Inc.
d/b/a Spirit Lake Rentals
10438 U.S. Highway 34
Grand Lake, CO 80447

You are summoned and required to file with the clerk of this court an answer or other response to the attached complaint within twenty-one (21) days after this summons is served on you in the State of Colorado, or within thirty-five (35) days after this summons is served on you outside the State of Colorado.

If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint, without any further notice to you.

The following documents are also served with this summons: Complaint and Jury Demand

|                          | DWORKIN, CHAMBERS, WILLIAMS, YORK, BENSON & EVANS, PC |
|--------------------------|-------------------------------------------------------|
| Date:  May 23, 2019      | _s/ Steven G. York_<br>Steven G. York, #19418         |
|                          | MARTIN J. PLANK, P.C.                                 |
|                          | /s/ _Martin J. Plank_<br>Martin J. Plank, #19928<br>Attorneys for Plaintiff |

DATE FILED: May 23, 2019 4:28 PM
FILING ID: 94F395AEF5891
CASE NUMBER: 2019CV30038

| | |
|---|---|
| DISTRICT COURT, COUNTY OF GRAND, COLORADO<br><br>Court Address:<br>307 Moffat Avenue<br>P.O. Box 192<br>Hot Sulphur Springs, Colorado 80451<br>Tele: (970) 725-3357 | |
| Plaintiff: DAVID ROZINEK, an individual<br><br>v.<br><br>Defendant: BRUNKE'S RENTALS, INC., d/b/a SPIRIT LAKE RENTALS, and JOHN DOE, an individual | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>Steven G. York, #19418<br>Dworkin, Chambers, Williams, York, Benson & Evans, P.C.<br>3900 East Mexico Avenue, Suite 1300<br>Denver, Colorado 80210-3953<br>Tele:  303-584-0990<br>Fax:   303-584-0995<br>syork@dnvrlaw.com<br><br>Martin J. Plank, #19928<br>Martin J. Plank, P.C.<br>3900 E. Mexico Avenue, Suite 1300<br>Denver, CO 80210<br>Tele:  (303) 584-0990<br>Fax:   (303) 584-0995<br>mplank@dnvrlaw.com | Case No.:<br><br>Ctrm/Div.: |
| **COMPLAINT AND JURY DEMAND** | |

David Rozinek, through his attorneys, Dworkins Chambers York Benson & Evans, P.C. and Martin J. Plank, P.C., and respectfully submits his Complaint against defendants as follows:

## I. PARTIES AND VENUE

1. David Rozinek is an individual residing in Grand County, Colorado.

2. Defendant John Doe is an individual whose name is at present unknown and upon information and belief, a resident of the state of Pennsylvania.

3. Defendant Brunke's Rental, Inc. is a Colorado corporation with its principal place of business in Fraser, Colorado.

4. Plaintiff's Complaint arises in the County of Grand.

5. Venue is proper in this Court pursuant to C.R.C.P. 98(c). This Court has jurisdiction over the subject matter of this cause of action and personal jurisdiction over all parties.

## II. GENERAL ALLEGATIONS

6. On or about August 11, 2018, David Rozinek was traveling on an ATV on County Road 4 in Grand County.

7. David Rozinek is an experienced rider of ATV's and was following all rules and regulations with regard to the same.

8. Without warning, John Doe entered a controlled intersection at a high rate of speed and hit David Rozinek.

9. Mr. Rozinek was thrown from the ATV and landed on his shoulder.

10. At the time, John Doe stated " I did not know the speed limit applied".

11. Mr. Rozinek's ATV was severely damaged.

12. Mr. Rozinek sustained a severely dislocated shoulder and other physical injuries.

13. Mr. Rozinek is a heavy equipment operator and as a result of the accident, was unable to work for an extended period of time.

14. As a result of the injury sustained in the accident, Mr. Rozinek has been treated by an orthopedic surgeon and will require a shoulder replacement.

## II. COMPLAINT FOR RELIEF
(Negligence Entrustment)

15. Plaintiff incorporates the allegation contained in paragraphs 1 through 14 above as if fully set forth herein.

16. On or about August 11, 2018, defendant Brunke's Rental, Inc. leased a Polaris four wheel off road RZR vehicle to defendant John Doe for use in Grand County, Colorado.

17. Upon information and belief defendant John Doe had no experience in either driving or operating a Polaris four wheel off road RZR vehicle.

18. Defendant Brunke's Rental, Inc. failed to provide either instruction or verify the experience of defendant John Doe with respect to the operation of the Polaris four wheel off road RZR and the requirement to comply with all Colorado motor vehicles laws and regulations.

19. Defendant Brunke's Rental, Inc. failed to perform any test to ensure John Doe was familiar with the operation of the Polaris four wheel off road RZR prior to leaving the rental location.

20. Defendants have a duty to plaintiff to ensure that renters are both familiar with the operation of the Polaris four wheel off road RZR including, safety, and understanding the obligations to drive the vehicle in compliance with all Colorado motor vehicle laws and regulations.

21. Defendant Brunke's Rental, Inc. breached its duty to plaintiff by allowing John Doe to leave the rental location without specific safety training and understanding the requirements of

operating the Polaris four wheel off road RZR.

22. As a result of the lack of supervision and training defendant John Doe operated the Polaris four wheel off road RZR in a dangerous and reckless manner in which he ran into plaintiff on County Road 4 at an extreme high rate of speed causing serious and permanent injuries to plaintiff.

23. Defendant Brunke's Rental, Inc. is liable to plaintiff for property damage, loss of income, medical bills, past and future, and for permanent injuries as a result of its breach of duty to plaintiff.

### III.  NEGLIGENCE-JOHN DOE

24. Plaintiff incorporates the allegation contained in paragraphs 1 through 23 above as if fully set forth herein.

25. On or about August 11, 2018, John Doe operated the Polaris four wheel off road RZR in a reckless and negligent manner including failure to obey a stop sign, failure to obey posted speeds and endangering the public, including plaintiff.

26. Defendant John Doe had a duty to the pubic including David Rozinek to obey laws, rules and regulations in the operation of the Polaris four wheel off road RZR.

27. Defendant John Doe breached his duty of August 11, 2018 by failing to obey traffic signals, speeding and driving recklessly when he ran into David Rozinek on County Road 4 in Grand County.

28. Defendant is liable to David Rozinek for all damages, including property damage, loss of income, physical injuries, medical costs, past and future, loss of enjoyment of life, permanent disfigurement and permanent injuries.

**PLAINTIFF REQUEST A JURY OF SIX FOR ALL MATTERS SO TRIABLE.**

WHEREFORE, David Rozinek respectfully requests judgment against defendants, jointly and severally, for loss of income, property damages, physical injuries, medical treatment, past and future, attorney fees, expert witness fess and pre-judgment and post-judgment interest.

Dated this 23rd day of May, 2019.

Respectfully submitted:

DWORKIN, CHAMBERS, WILLIAMS, YORK, BENSON & EVANS, P.C.

By: /s/ Steven G. York
Steven G. York, #19418

By /s/ Martin J. Plank
Martin J. Plank, #19928

Address of Plaintiff:
P.O. Box 102
Grand Lake, Colorado